USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 09 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : **INDICTMENT**

   - v. - : 19 Cr.

CHRISTOPHER ACOSTA,

            Defendant. : **19 CRIM 345**

- - - - - - - - - - - - - - - - - - x

**COUNT ONE**
(Theft and Receipt of Stolen Mail Matter)

The Grand Jury charges:

1. From in or about November 2018, up to and including February 2019, in the Southern District of New York, CHRISTOPHER ACOSTA, the defendant, did knowingly steal, take, abstract, and by fraud and deception obtain, and attempt to obtain, from and out of mail, post offices, and stations thereof, letter boxes, mail receptacles, mail routes and other authorized depositories for mail matter, and from letter and mail carriers, letters, postal cards, packages, bags and mail, and did abstract and remove from such letters, packages, bags, and mail, articles and things contained therein and did secrete, embezzle, and destroy such letters, postal cards, packages, bags, and mail and articles and things contained therein, to wit, ACOSTA stole and



received packages from bins maintained in United States post office stations in the Bronx, New York.

(Title 18, United States Code, Sections 1708 and 2.)

**FORFEITURE ALLEGATION**

2. As the result of committing the offense alleged in Count One of this Indictment, CHRISTOPHER ACOSTA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

3. If any of the forfeitable property described above in paragraph two of this Indictment, as a result of any act or omission of CHRISTOPHER ACOSTA, the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 981,
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**CHRISTOPHER ACOSTA,**
                             **Defendants.**

**INDICTMENT**

19 Cr.

(Title 18, United States Code,
Sections 1708 and 2)

GEOFFREY S. BERMAN
United States Attorney

*Foreperson*
*[signature]*

5/9/19
Filed True Bill
Filed Indictment
Case assigned to
Judge Wood.

Wang, USMJ