USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CHRISTOPHER ACOSTA,

                  Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 345 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Tuesday, January 14, 2020, is adjourned to Thursday, January 30, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
December 19, 2019

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE