UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/20

------------------------------ x

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER ACOSTA,

Defendant.

KMW
[~~PROPOSED~~] ORDER

19 Cr. 345 (KMW)

------------------------------ x

KIMBA M. WOOD, United States District Judge:

Upon the application of the United States of America, by and through GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, NI QIAN, Assistant United States Attorney, of counsel, and with the consent of CHRISTOPHER ACOSTA, by and through his attorney, JENNIFER WILLIS, it is hereby ORDERED that time from January 14, 2020 through January 30, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.

Dated:   New York, New York
         __9__ of January, 2020

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK