# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392



David E. Patton
*Executive Director*

RECEIVED
JAN 2 9 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

January 29, 2020

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 1/29/20

**MEMO ENDORSED**

*By ECF*

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    *United States v. Christopher Acosta*
19 Cr. 345 (KMW)**

Dear Judge Wood:

I write on consent (Assistant United States Attorney Ni Qian) to respectfully request that the Court adjourn the conference that was scheduled for January 30 at 11am. Mr. Acosta was not accepted into the Young Adult Opportunity Program and the parties are now in discussions about a pre-trial resolution. I anticipate a conclusion to those discussions shortly, but I am still awaiting some documents from the government, which Mr. Acosta will then need to review.

Given that, both parties feel that it would be appropriate to adjourn the case for a several weeks. The next date could either be for conference or tentatively for change of plea.

Thank you for your consideration of this request.

Very Truly Yours,

/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

Cc: AUSA Ni Qian

Conference scheduled for January 30, 2020 is adjourned to February 19, 2020 at 10:30 a.m.

Any change of plea is referred to Magistrate Court. If the Government seeks to exclude time, it should submit a proposed order.

1-29-20.

SO ORDERED, N.Y., N.Y.

Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**