UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
UNITED STATES OF AMERICA :
: KMW
: [PROPOSED] ORDER
- v. - :
: 19 Cr. 345 (KMW)
CHRISTOPHER ACOSTA, :
:
Defendant. :
:
:
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 18, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         2 - 25      , 2020

                                   _____
                                   THE HONORABLE KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/20