```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

CHRISTOPHER ACOSTA,

                        Defendant.
-----------------------------------------------------------X

19-CR-345 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, June 17, 2020, is adjourned to August 4, 2020, at 11:00 a.m. Defendant's sentencing submission is due by July 21, 2020. The Government's submission is due by July 28, 2020.

      SO ORDERED.
Dated: New York, New York
       June 1, 2020

                                             _____/s/ Kimba M. Wood /_____
                                                 KIMBA M. WOOD
                                          United States District Judge