```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___7/22/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                                19-CR-345 (KMW)

-against-

                                **ORDER**

CHRISTOPHER ACOSTA,

                     Defendant.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, August 4, 2020, is adjourned to August 31, 2020, at 11:00 a.m. The Government's sentencing submission is due by August 24, 2020.

      SO ORDERED.

Dated: New York, New York
       July 22, 2020

                                                  /s/ Kimba M. Wood /
                                                 KIMBA M. WOOD
                                       United States District Judge