UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

CHRISTOPHER ACOSTA,

                        Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 345 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the sentencing currently scheduled for August 31, 2020, is adjourned to Wednesday, September 16 at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
         August 13, 2020

                                                                KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE