UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against

CHRISTOPHER ACOSTA,

                    Defendant.
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/20

**ORDER**
19 CR 345 (KMW)

KIMBA M. WOOD, District Judge:

      A remote sentencing hearing will be held in the above-captioned case on Wednesday, September 16, 2020, at 11:00 a.m.

      Members of the press and public who wish to hear the proceeding should dial 917-933-2166. The Conference ID is 778743913.

      SO ORDERED.

Dated: New York, New York
          September 4, 2020

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE